JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abel   Barrera,<br><br>           Plaintiff,<br><br>      vs.<br><br>Martin O'Malley, Commissioner of Social Security[1],<br><br>           Defendant. | Case No. 1:23-cv-01682-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 4, 2024 to April 3, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of March 4, 2024, Counsel has sixteen merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 26, 2024        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: February 26, 2024        PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation
                                Social Security Administration


By:  */s/ Edmund J. Darcher*
    Edmund J. Darcher
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on February 26, 2024)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

    Dated:   **February 28, 2024**                      **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE